# EXHIBIT
# "C"

QXO

# CERTIFICATE OF COMPLETION

This is to certify that

**Julian Forero**

has completed the course

*QXO Employee Handbook Acknowledgement*

12/24/2026
Date