# EXHIBIT
# "D"

# Employee Handbook

QXO

## Contents


Welcome .... 2

QXO values .... 3

Safety .... 3

QXO has your B.A.C.K. .... 5

Diversity, equity and inclusion .... 5

Corporate social responsibility .... 5

Employee crisis relief support fund .... 6

Performance and development .... 6

Remote and hybrid working .... 7

Work attire .... 8

Employee communications .... 10

Company-sponsored events .... 10

Employee benefits program .... 11

Paid time off .... 12

Code of Business Ethics .... 15

Equal employment opportunity (EEO) .... 16

Drug and alcohol-free workplace .... 17

Conflicts of interest .... 18

Discipline and conduct .... 19

Problem resolution .... 21

Travel time for non-exempt employees .... 22

Data privacy, protecting company assets and technology usage .... 22

Seasonal layoffs and force reduction .... 23

Meal & rest breaks .... 24

State-specific content .... 24

Employee separations .... 24

# Welcome

Welcome to QXO, Inc. (hereinafter "QXO" or "Company"). We are the largest publicly traded distributor of roofing, waterproofing and complementary building products in the United States. We are known throughout the building supply industry for having exceptional people and delivering high-quality services and building products. Our mission is to empower our customers to build more for their customers, business, community and family through world class service and innovative solutions.

Our branches throughout the United States and Canada stock a comprehensive product line that caters to the local markets. Examples of our exterior products include roofing, windows, siding, decking and waterproofing. Along with high-quality products, we provide our customers with a comprehensive array of value-added services, which distinguish us from our competition.

Our status as a leader in the industry allows us to develop strong partnerships with leading brand manufacturers and to stock an unmatched supply of the professional components necessary for the superior and timely completion of our customers' projects.

Our business has grown through expanding our geographic reach, increasing our customer base and completing strategic acquisitions. We are extremely proud of our highly scalable platform and proven business model and have achieved a solid foundation for continued growth with our results-oriented leadership and skilled workforce. Thank you for choosing QXO as your employer of choice. We look forward to working with you.

## About this Handbook

The Employee Handbook (hereinafter "Handbook") is designed to familiarize you with our Company and provide you with information about our brand, policies, guidelines, and programs. [1]Please keep in mind that it's not intended to be 100% comprehensive, and it's not meant to address every application of, or exception to, the general policies and procedures described.

We want you to enjoy your employment here, and a big part of that is making sure it's a good fit for you and for us. With that in mind, your employment is at-will, meaning either of us can end the employment relationship at any time, with or without cause and without prior notice. This Handbook is not a contract for employment, expressed or implied, and it does not guarantee any fixed terms and conditions of your employment.

We strive to ensure our Handbook remains up-to-date at all times. To achieve this, the policies, procedures, and benefits described within may be altered or discontinued from time to time. Although

---

[1] Employment terms in this Handbook do not override those in any union's collective bargaining agreement with QXO. Unionized employees should refer to their agreement for any differences.

we will try to communicate changes with you when they occur, a policy may be changed or eliminated without notice. The most current version of the Handbook supersedes all previous versions.

We aim to ensure you have the information you need to succeed at QXO. If you have questions about the Handbook or any of its provisions, please contact your supervisor or human resources manager.

# QXO values

We are trusted building materials distributor for contractors and their businesses throughout North America. Through explosive growth, rapid geographic expansion, and acquisition of building supply brands throughout the United States and Canada, we have sustained a corporate culture dedicated to core personal and business values. This has helped us to maintain a winning culture and motivated workforce and build long-term relationships with our construction and building supply customers.

- **Lead with safety:** The safety of our team members and customers is our highest priority. Our commitment to strict safety practices is absolute. In addition, we create working environments where everyone is safe from bullying, harassment, and discrimination.
- **Raise the vibe:** We bring positivity to everything we do, pairing hard work with a sense of fun. We welcome challenges with a can-do mindset. We feel free to disagree, but we disagree respectfully. We treat everyone with maximum professionalism.
- **Deliver results:** Results matter. Every member of our team makes a direct contribution to the company's success. We hold ourselves accountable for our commitments to our shareholders, customers, other stakeholders and, very importantly, to each other. We're the distributor of choice because we have the products our customers need—in the right place, at the right time, and at a competitive price that reflects our high-quality service.
- **Be a trusted partner:** We exemplify integrity in everything we do. We never compromise on honesty.
- **Never stop building:** We're always looking for the best ways to unluck growth. We wake up motivated to be better today than we were yesterday. Tech-enabled continuous improvement is part of our DNA.

# Safety

## Occupational health and safety statement

We consider our employees to be our most valuable asset. To keep our employees safe and help them realize their full potential, and ensure the safety of everyone we interact with, we have the following safety principles:

- We conduct our operations in compliance with the applicable laws and regulations. We continually improve our occupational health and safety management system to become a benchmark company for the health and safety of our employees.

- We believe incidents and injuries are preventable and that the ability of our employees to return home injury-free is a critical measure of our success. We strive to provide a work environment that is conducive to that success and working safely is a core value and condition of employment at QXO.
- We recognize that an individual's attitude toward safety is a choice. To help everyone make safe choices every day, our leadership team actively involves employees and others in identifying and addressing risky behaviors and workplace hazards. Our goal is to prevent all incidents.
- We provide current and relevant safety training and implement safety standards throughout our organization to improve safety and recognize superior occupational health and safety performance.

At QXO, employees must work safely and diligently to remain on the team. We expect everyone to be accountable for their actions, provide feedback to others, meet or exceed regulatory compliance and promptly report workplace hazards. By doing this, we will continually improve our performance, employee engagement, and instill a lasting culture of safety that extends to our employees' families, our customers and our suppliers.

## Reporting unsafe conditions and incidents

When it comes to safety, it takes everyone to work toward a clean, organized and safe work environment.

If you see any condition, practice or work method that looks unsafe to you or others, correct the hazard, if you are properly trained to do so in a safe manner. This helps minimize unnecessary risk to you and your coworkers. If you are unsure about the condition, report it immediately to your supervisor. If an unsafe condition exists, even though it may not cause injury, report it to management as soon as reasonably possible but no later than leaving the jobsite, branch or location, or within 8 hours of becoming aware of the unsafe condition, whichever is earlier.

Reporting workplace conditions and incidents quickly helps us to promptly identify and correct hazards.

## Reporting workplace injuries and illnesses

In some cases, a workplace incident or condition may result in an injury or illness. We believe it is important to report all workplace injuries and illnesses to management as soon as reasonably possible. Prompt reporting allows for quick identification and correction of hazards and ensures that any injuries receive medical attention as soon as possible.

An employee who is not at work when they become aware of an injury or illness must report it as soon as reasonably possible, but no later than 8 hours after becoming aware of the injury or illness. The employee must call their supervisor or location management.

# QXO has your B.A.C.K.

At QXO, we aim to create a workplace where everyone feels safe and supported, no matter the challenges faced. Whether dealing with difficult customers or colleagues, mental or physical wellness issues, or safety concerns, you can count on each other and our leadership for support.

- Be an ally: Can you educate? Can you diffuse? What role can you play?
- Address the situation: Respectfully address the behavior.
- Call for support: Reach out to team members, your Branch Manager or your HR Manager.
- Keep yourself safe: Remain calm. Diffuse the situation. Create physical distance.

# Inclusion and belonging

We believe that fostering a diverse and inclusive workplace goes hand in hand with driving innovation and collaboration and achieving long-term growth.

Our team members play a vital role in pushing our Company forward, contributing their skills and knowledge to drive our collective success. We understand that diversity encompasses differences in backgrounds, experiences and abilities. By embracing diversity, we enrich our organizational culture and enhance our ability to serve our customers, communities and stakeholders and reflect the communities in which we live.

Our leaders champion efforts to ensure everyone feels valued and empowered to share their unique perspectives and talents, enabling all to reach their full potential. Our business strategy supports this by fostering a winning culture that meets the needs of our diverse, growing customer base.

# Corporate social responsibility

QXO's values drive everything we do, and living our values necessitates operating as a responsible corporate citizen and building the path to a more diverse and sustainable future. Our commitment to building, not just more, but better – for our employees, customers, communities and the environment – is rooted in our values. This also aligns with our business strategy of building a winning culture and promoting operational excellence.

## Building better for our communities

We are committed to Building Better for our Communities, and we actively contribute our expertise, time and resources to give back to the communities we serve. Our commitment is rooted in three pillars:

- Safe Homes and Families

- Healthy Environment
- Building Skills

We support several national charitable organizations including Rebuilding Together, Toys for Tots, K9s for Warriors and the Roofing Alliance. In addition, CaReS, our employee crisis relief fund is operated by Americas Charities, a non-profit organization.

## Building better for the environment

Central to corporate responsibility is accounting for our environmental impacts and doing everything possible to Build Better for the Environment. By integrating sustainability into our operations and administration, we are creating long-term value for our stakeholders while safeguarding the planet for future generations.

# Employee crisis relief support fund

CaReS is our Company's employee crisis relief support fund. This fund provides grants to our employees coping with unexpected financial hardships resulting from an emergency such as a natural disaster or other personal tragedy. Grants are awarded based on financial need and the severity and impact of the emergency on the employee and their family. Learn more by visiting the CaReS site.

# Performance and development

We strive to motivate our employees to meaningfully contribute to our business objectives while also creating an environment for engagement and growth.

## Performance Management

We believe in a strong performance management culture focusing on results over activities, living our values, supervisor-employee coaching and feedback conversations, and performance-based rewards.

## Learning

At QXO, you have many opportunities to grow professionally, whether you want to develop skills in your current role or prepare for a future one. These include on-the-job training, self-guided learning and structured programs. Talk to your supervisor about your learning needs and career goals to create a plan. Regional human resources leaders are also available to support your professional development.

## Career

QXO supports a rewarding and challenging career, whether that means staying in the same role or moving into others. As a guideline, when you are interested in an internal opportunity, you are required

to discuss it with your current supervisor before applying. Other general criteria to consider before pursuing an internal role include the following:

- Held current role for at least 12 months (exceptions to this requirement can be made by the employee's supervisor and human resources);
- Meets performance standards in the current position;
- Has not had career counseling or corrective action within six (6) months and is not currently being counseled about performance; and
- Meets the minimum qualifications listed for the position in the job posting.

# Remote and hybrid working

QXO's remote and hybrid working approach is designed to provide a flexible, productive and supportive environment that benefits the Company and employees.

Employees may qualify for remote or hybrid working based on the following:

- Company's operational, service and productivity requirements
- Department and team's operational, service and productivity requirements
- Individual's ability to perform work responsibilities while working remotely

Supervisors will assess and approve remote and hybrid work assignments. The Company reserves the right to modify onsite, hybrid and remote work arrangements at its discretion.

## Expectations

While flexibility is one of the many benefits of remote and hybrid work, QXO requires the following from employees who are working remote or hybrid:

- Maintain high levels of performance whether working in-office or remotely.
- Maintain a consistent work schedule that aligns with the team's needs and the Company's core working hours, based on time zones.
- Be available and responsive during core working hours.
- Stay connected with leaders and employees through the appropriate communication channels: email, MS Teams, cell phones, etc.
- Dress appropriately for all virtual meetings and have the camera "on" to enhance connection and collaboration when possible (unless supervisor permits camera to be "off").
- Promote productivity, efficiency and privacy by setting up an appropriate workspace.
- Maintain Company-provided equipment in good working condition, and in the event of technical or equipment issues, employees should contact the IT department for assistance.

- Ensure the handling of all confidential or sensitive data via secure and approved methods; any suspected security threats or data breaches must be reported to the IT department immediately.
- Prioritize health and safety by adhering to ergonomic best practices and taking regular breaks.
- Keep their home working address current in UKG UltiPro (QXO's Human Resources Information System) to ensure effective communication as well as compliance with all state and local laws.
- Discuss any potential change in home residence with management prior to moving to ensure that the move does not conflict with any work requirements.

## Legal and regulatory compliance

Staying compliant with all relevant labor laws, tax regulations and other legal requirements is a top priority for QXO's remote work policy. Because remote employees may be in a variety of jurisdictions, QXO is committed to adapting its policy as necessary to ensure compliance with any relevant local laws and regulations.

Remote employees are expected to abide by the legal and regulatory requirements applicable in their jurisdictions and should reach out to their human resources manager if they have any compliance questions or concerns.

This policy will be continuously reviewed and updated.

## Temporary remote work including out of country

Aside from business travel within the U.S. and Canada, employees are expected to communicate with their supervisor about temporarily working away from their typical QXO location or remote work location, such as a home office. In this case, employees need to share where they intend to work and for how long. Depending upon the length and location, there may be business and/or tax implications.

Working remotely from another country (outside the U.S. and Canada) is generally prohibited. Any request to work remotely out of the country should be approved by a manager, human resources, and in some circumstances IT.

# Work attire

QXO requires its employees to always dress neatly and appropriately and wear safe and suitable attire for their duties, including virtual meetings. Presenting and maintaining a professional image in the workplace contributes to a safe and respectful environment for employees, customers, suppliers and visitors.

As representatives of the Company, employees must adhere to the following guidelines.

- All clothing should be clean and free of tears, rips, stains or holes.

- All clothing should be appropriate, which means that they should not be too casual or revealing (exposed upper leg, midriff, chest, underwear).
- Attire displaying sexual, racial, political comments or symbols or competitor branding is prohibited.
- In certain circumstances, more formal/professional attire may be required.
- All employees should maintain an acceptable level of personal hygiene and limit perfume/cologne use to ensure that interactions with other staff and clients remain positive and pleasant.

If the work attire guidelines contradict the rules of an employee's faith or medical condition, they should contact their supervisor or human resources manager.

## Warehouse/delivery environment

Most important to QXO's work attire expectations is safety. To prevent any safety hazards, clothing should not be excessively baggy or ill-fitting. Employees and visitors entering any QXO warehouse, yard or jobsite must wear closed-toe, closed-heel shoes with soles that provide solid traction. These shoes must always be worn when in these areas for any reason. In addition to the general guidance above, adherence to the contents in the Personal Protective Equipment sub-section below is required.

## Personal protective equipment (PPE)

Personal Protective Equipment (PPE) is required in specific locations and will be provided by QXO at no cost to the employee.

The following is an overview of the PPE requirements:

- Hi-visibility clothing/vests, which meet ANSI (American National Standards Institute) class 2 standards, are to be worn by any employee, contractor or visitor when in the warehouse, yard or at a jobsite.
- Employees working in or visiting a warehouse, yard or jobsite must wear ANSI class 1 hard hats or climbing helmets to protect themselves from the impact of falling or flying objects. Exceptions to this policy are outlined in the Personal Protective Equipment policy and Visual Operating Procedure.
- When operating equipment, moving material, or working in an area where sharp objects can be stepped on (e.g., warehouse, yard, construction sites), employees must wear puncture-resistant safety footwear with steel or composite toe and sufficient traction.

QXO provides a safety footwear reimbursement program. QXO-approved programs and purchase forms are located on Blueprint or with one's supervisor.

# Employee communications

## Branch bulletin boards

QXO maintains bulletin boards in suitable places for posting notices relating to Company business and information on federal and state regulations. Notices, postings or Company materials of any kind may not be removed from these bulletin boards without specific approval from the location manager.

## QXO news/information

Important Company news, updates and changes are posted digitally to QXO Blueprint and UKG UltiPro. In addition to the above sites, our Company e-newsletter, QXO Beat, is distributed each Friday to all QXO.com email addresses. Additionally, each branch conducts weekly team safety meetings to review safety-related and/or time-sensitive information.

## Media inquiry protocol

Only authorized employees may respond to media inquiries or speak on behalf of the Company. If you receive a media inquiry or are approached by a journalist or member of the media, please immediately inform the QXO Communications Department at CorporateCommunications@QXO.com and respond with the following statement:

> *"Thank you for your inquiry. I am not the correct person to respond but will pass along your request to our Communications team and a Company representative will get back with you shortly."*

# Company-sponsored events

QXO may periodically sponsor social activities for employees and their immediate family members. Your participation in any off-duty Company-sponsored recreational, athletic, or social activity is voluntary and not required as a condition of work or part of your duties, unless QXO gives written notification that participation is mandatory. Therefore, any injuries or illness resulting from participation in these activities are not covered by workers' compensation insurance.

All employees and guests attending Company-sponsored social events are expected to comply with the conduct guidelines in this Handbook. Failure to do so may result in you and your guests being asked to leave and possible disciplinary action against you.

# Employee benefits program

When you become eligible for QXO Benefits, you may participate in a wide range of health, welfare, and investment programs according to the schedule listed below. If you become eligible for benefits but do not immediately enroll in medical, dental, vision or life insurance coverage, you can do so during the annual Open Enrollment period or within 30 days of a qualifying life event.

| First of the month after 30 days of employment | | After 90 days of employment |
|---|---|---|
| • Medical Insurance<br>• Dental Insurance<br>• Vision Insurance<br>• Life Insurance<br>• Accidental Death & Dismemberment (AD&D)<br>• Hospice Insurance<br>• Critical Illness Insurance | • Accident Insurance<br>• Health Savings Accounts<br>• Flexible Savings Accounts<br>• Group Life Insurance<br>• Short-Term Disability<br>• Paid Time Off (PTO) & Holidays | • 401 (K) |

Additional details can be discussed with a human resources manager, members of the Benefits Team, and your supervisor. The benefits programs offered by QXO may be modified over time. For additional information about the programs, including cost and eligibility requirements, refer to the Benefits Guide, go to our benefits website.

Keeping personal records current is essential to avoid any interruption in benefits and to ensure you receive program updates. If there are changes to your name, address, email, telephone number or number of dependents, log on to the UKG UltiPro Self Service website to update your information as soon as possible.

If you experience a life event, such as a change in marital status or number of dependents, etc. please contact our benefits vendor, bswift, at 888-279-1932, within 30 days of the event to update your benefits accordingly.

* *Employees who are eligible for QXO benefits include:*
*All non-union employees, or union employees whose collective bargaining agreements allow for participation in QXO benefits, and who are regularly scheduled to work 30 hours or more per week.*
*Hawaii employees who are full time employees of QXO or who meet the coverage mandates set forth by the state of Hawaii.*

# Paid time off

## Personal days

Paid Time Off (PTO) can contribute to employees' overall well-being. QXO offers PTO for all employees. If employees are unsure about eligibility, please contact human resources. PTO accrues at the beginning of a month, starting with the first month of employment. PTO is prorated based on time worked for QXO and accrued according to the rates shown in the table below. Exempt employees are eligible to use accrued PTO immediately upon hire, while non-exempt employees are eligible to use accrued PTO after 60 days of employment (any time taken prior to eligibility generally will be unpaid). Effective January 1 of the year following the employee's date of hire, employees will accrue PTO in accordance with the following schedule:

| Years of service | Max accrual | Accrual hours per pay period | |
|---|---|---|---|
| | | Bi-weekly | Weekly |
| Less than 1 year | 0-15 days | 4.62 | 2.31 |
| 1 to 4 years | 15 days | 4.62 | 2.31 |
| 5 to 14 years | 20 days | 6.15 | 3.08 |
| 15+ years | 25 days | 7.69 | 3.85 |

For all full-time, regular employees, PTO pay will be calculated based on the employee's base rate times eight (8) hours per day. PTO is not hours worked and does not count toward overtime hours.

Where possible, employees should give their supervisor at least 30 days advance notice when requesting PTO. Requests are to be made through the UKG UltiPro payroll system. QXO reserves the right, at its discretion, to schedule or deny a PTO request in accordance with business needs. Generally, the nature of QXO's business requires that the amount of PTO taken during the busy months of April through October be limited.

PTO earned under this policy but not taken by the end of a calendar year, will not be carried over for use in the next calendar year except where required by law. Any accrued, unused PTO will be paid out at the time of termination. Visit QXO's PTO Program for more information.

QXO will comply with all legal requirements in jurisdictions that have mandatory sick leave laws or define how sick leave may be used or accrued, including providing greater or different benefits than

those indicated here. In such jurisdictions, the leave employees are entitled to under the law may run concurrently with the leave provided under this policy, to the extent permissible under applicable law.

## Holidays

QXO provides regular full-time employees with eight (8) paid holidays per year. Holiday schedules are developed, approved and posted on QXO Blueprint at the beginning of each calendar year. Holidays will be paid at eight (8) hours of pay at the regular straight-time rate, provided the employee works or is on approved paid leave for the last scheduled workday prior to the holiday and the first regularly scheduled workday following the holiday. Non-exempt employees who are eligible for overtime and work on a Company holiday will be paid at one and a half (1.5) times their normal hourly pay rate for all hours worked on the holiday, in addition to eight (8) hours of straight pay. Time off for a holiday does not count as hours worked for the calculation of overtime. Company holidays generally consist of the following: New Year's Day, Memorial Day, Independence Day (4th of July), Labor Day, Thanksgiving Day, the day after Thanksgiving, Christmas Eve or the day after Christmas and Christmas Day.

In addition to these Company holidays, QXO provides all regular full-time employees with three (3) paid floating holidays compensated at the regular straight time for eight (8) hours. Floating holidays are separate from PTO and must be used for specific days in 8-hour increments, which include an employee's birthday, employee's wedding anniversary, employee's work anniversary, federal or state holidays when our locations remain open for business (i.e., Martin Luther King Jr. Day, Juneteenth, Veterans Day), or the day before or after an observed federal holiday.

Floating holidays must be approved by the employee's supervisor at the beginning of each calendar year and at least 30 days in advance of the first day requested. Supervisors will accommodate requests on a first-come, first-served basis and in consideration of staffing requirements and other business needs. Supervisors may limit the number of floating holidays approved during the busiest months of April through October.

Newly hired employees will be granted floating holidays based on the third of the calendar year in which they start (i.e., Jan.–April = 3 days; May–Aug. = 2 days; Sept.–Dec. = 1 day). All three (3) floating holidays will be available for use as described above, beginning on January 1 of each year. Floating holidays earned but not used by December 31 may not be carried over for use during the next calendar year. Please refer to the Company and Floating Holidays site for full program details.

## Bereavement

In the event of the death of a family member, regular full-time employees may be eligible for up to three (3) days of bereavement leave to attend the funeral and tend to other matters related to the death. Bereavement pay is calculated based on the base pay that employees would have otherwise earned on the day of absence.

QXO defines "family member" to include an employee's spouse, parent, child (including pregnancy-related loss), sibling (brother/sister), spouse's parent, spouse's sibling (brother/sister), child's spouse, grandparent, or grandchild, domestic partner, aunts and uncles, and stepfamily members or other inclusion as required by law. Employees may reach out to their supervisor and human resources manager with additional questions. At QXO's option, proof of death and relationship to the employee may be required.

## Jury and witness duty

Where required by federal or state law, all employees required by the government to report for jury duty or by subpoena to testify as a witness will be given the requisite time off to meet such obligation. The Company will provide employees with up to three (3) days of paid leave to perform jury duty or to serve as a court witness. Additional time away from work for this purpose will be considered on a case-by-case basis. If employees are released early from jury duty, they must report back to work immediately. Employees must show the jury duty summons or subpoena compelling their testimony to their supervisor as soon as they are notified to accommodate their absence. Insurance benefits will remain in effect and will remain unchanged for the full term of any jury duty absence. The length of service accrual for benefits calculations will not be affected by jury duty leave.

## Personal leave

In certain circumstances, employees may need a leave of absence due to personal reasons. As soon as an eligible employee becomes aware of their need for a personal leave of absence, they must submit a request for such leave to their supervisor or human resources manager. The employee's Regional Vice President, after consultation with human resources, may approve an unpaid, personal leave of absence for up to eight (8) weeks. Employees must first exhaust any accrued PTO before being considered for a personal leave of absence. Contact your human resources manager to learn more.

## Family and medical leave

QXO grants an unpaid leave of absence to eligible employees for family or medical reasons for up to twelve (12) weeks or a greater amount if required by state law. This policy is intended to fully comply with the federal Family and Medical Leave Act of 1993 (FMLA); and if there is any conflict between this policy and federal law, the law shall govern. QXO complies with any applicable state or local family and medical leave laws where it operates. For details regarding FMLA please visit the U.S. Department of Labor website. For employees in California, contact your human resources manager or visit the State of California website to learn more.

## Parental leave

QXO's Parental Leave Policy provides the following leave for QXO employees who are eligible for QXO Health benefits and meet the leave eligibility requirements:

- In the case of an employee who gives birth to a child, QXO will pay the portion of salary/wages that are not provided under QXO's short-term disability (STD) plan during a period of disability following the child's birth.
- QXO will provide two (2) weeks of paid parental leave for purposes of bonding with a newborn child, adopted child or child placed with the employee for foster care.

Eligible new parents, whether by birth, adoption or placement of a child into their foster care, may take up to two (2) weeks of paid parental leave (100% of base salary/wages) for bonding. Parental leave must be taken in minimum one (1) week increments within the first 12 months following the child's birth, adoption or placement (if both parents work for QXO, they may take leave at the same or different times). In the case of an employee who has given birth, this benefit is in addition to the continued salary/wage payments described above.

## Military leave

QXO's military service leave policy complies with the Uniformed Services Employment and Reemployment Rights Act (USERRA) and applicable state and local laws. Eligible employees are defined as current, regular full-time, part-time employees and probationary employees; and are absent from work because of eligible military service.

- PTO will continue to accrue during military service leave. An employee may use any or all their accrued but unused PTO during their approved military service leave.
- Eligible Employees who are members of a reserve component of the Armed Forces and approved for military service leave for:
  - Annual training will receive the difference between their normal base compensation and the pay (excluding expense pay) received while on military duty.
  - Active duty and have worked for the Company for ninety days (90), will receive the difference between their normal base compensation and the pay (excluding expense pay) received while on active duty for up to twelve (12) months and not to exceed $50,000 less withholding in accordance with law and practice.
- Employee benefits, including health care coverage, shall continue during military service leave and employees shall pay only the established employee share, if any, of the cost of such coverage.

# Code of Business Ethics

QXO's values continue to be the foundation for partnerships with customers, employees, suppliers, shareholders and communities. The Company's good reputation is well-earned and critical to success

in the marketplace. Unethical or illegal behaviors can seriously damage that reputation. QXO's Code of Business Ethics ("Code") promotes five foundational, shared Company values which exceed describing minimums for legal compliance.

Of course, the Code cannot guarantee ethical behavior — only people can. All directors, officers and employees have the personal responsibility to report behavior that they suspect or believe, in good faith, may violate the Code or any law or QXO policy. Actions prohibited by the Code involving anyone other than a director or executive officer should be reported to a supervisor, or human resources manager, Internal Audit Department or to the QXO Hotline at 1-866-574-1199 or https://www.whistleblowerservices.com/qxo. Actions prohibited by the Code involving directors or executive officers must be reported either directly to the Chair of the Audit Committee at QXO, Five American Lane, Greenwich, CT 06831 or to the QXO Hotline. Additionally, reports may be made to the Chief Financial Officer. Violations of the Code by any other person will be reported to the General Counsel or a designee as appropriate. If employees have any questions or concerns about potentially illegal or unethical acts or are unsure of how to respond to a particular situation, they should check with their supervisor, human resources manager or QXO's Executive Leadership Team. Failure to follow the Code can lead to disciplinary measures, up to and including termination.

QXO will not permit any form of retaliation against any person who, in good faith, reports suspected violations of the Company policy or the law.

# Equal employment opportunity (EEO)

QXO is committed to providing employees with good working conditions and competitive wages and benefits and providing equal employment opportunities regardless of race, color, national origin or ancestry, citizenship status, religion, age, sex, pregnancy (including lactation, childbirth, or related medical conditions), physical or mental disability, veteran status, uniformed service-member status, genetic information (including testing and characteristics), sexual orientation, gender identity or any other characteristic protected by law. Employees are evaluated based on their performance. QXO will not condone or tolerate an atmosphere of tension and disrespect created by disparaging and offensive remarks or gestures related to a person's protected characteristics or unwelcome touching or sexual advances. Although it is not easy to define precisely what harassment is, it certainly includes slurs, abusive words or phrases, threats, derogatory comments and unwelcome jokes.

## Accommodations

QXO is committed to providing reasonable accommodations for employees with qualified physical or mental disabilities, responding to requests for religious accommodations and providing break time and privacy for nursing mothers.

# Drug and alcohol-free workplace

This policy aims to ensure a safe, healthy, and productive work environment by addressing the use and misuse of drugs and alcohol within QXO. Employees are subject to drug and alcohol testing in accordance with QXO's testing policy.

QXO prohibits the unlawful use, sale, attempted sale, conveyance, distribution, manufacture, purchase, attempted purchase, possession, cultivation and/or transfer of drugs, or hallucinogens, regardless of whether the individual is working on Company or customer premises. "Illegal drugs" means all drugs of which the use or possession is regulated or prohibited by federal, state or local law and includes prescription medication for which the individual does not have a valid prescription, or which is used in a manner inconsistent with the prescription. QXO follows federal law with respect to the use of marijuana and will not tolerate or accommodate its use unless affirmatively required to do so by law, particularly with respect to safety sensitive positions. In no case may an employee use marijuana while on duty, work while impaired from marijuana use, or possess marijuana or marijuana products at work or during work time.

QXO strictly prohibits the use of alcohol while on the job, while on QXO property, while operating a Company vehicle, and while representing QXO in any way. Employees are prohibited from working or coming onto QXO premises (including vehicles) impaired by alcohol use. On occasion, QXO may authorize the use of alcohol at Company-sponsored or approved events. Employees who choose to consume alcohol at such events are expected to act responsibly at all times and to refrain from becoming intoxicated, impaired or returning to work under the influence of alcohol.

This policy does not bar employees from the lawful use and possession of prescribed or over-the-counter medication. Employees taking prescribed medication should consult with their health care professional or review dosing directions for information about the medication's effect on their ability to work safely. Employees who must use a prescription or over-the-counter drug that could impact their ability to work safely have an affirmative obligation to promptly disclose any work restrictions to their manager. For safety reasons, medicines that must be brought to the workplace or carried by any person onto work premises should be carried in their original containers. The use of prescription drugs other than by the person for whom the drug is prescribed is illegal and prohibited by this policy.

Employees who violate this policy may be subject to disciplinary action, up to and including termination. Where required by law, QXO may require an employee who has violated this policy to enter into a Return-to-Work Agreement that includes an employee commitment to participate in and successfully complete a prescribed and approved drug or alcohol abuse assistance program as a condition for continued employment. Additional requirements, including follow-up testing, may be imposed in the Return-to-Work Agreement as appropriate for each individual's situation.

Vendors and contractors who violate this policy will be barred from performing work for QXO. Job applicants, including temporary workers, who violate this policy will not be eligible to work for QXO.

If deemed appropriate, QXO may involve law enforcement where an individual on its premises or performing work on its behalf is suspected of engaging in illegal drug or alcohol-related activity. QXO will cooperate in any resulting investigation.

Employees can obtain a copy of the Drug & Alcohol Policy for DOT-Regulated Drivers through their manager, Human Resources, Safety Manager, or linked here

# Conflicts of interest

## Outside employment

Employees shall not engage in business with any outside company in competition or conflict with QXO's business objectives. Further, all customer-related information is highly confidential and should not be disclosed to any outside businesses. QXO allows outside employment that is not performed during working hours and does not interfere with an employee's performance or attendance at QXO provided the work is not for a vendor, client or competitor. Employees engaged in outside employment that may be in conflict or present an appearance of a conflict with QXO's business objectives must immediately inform their managers in writing.

Please contact your supervisor or human resources manager if you have any questions.

## Employee relationships and nepotism

QXO discourages romantic relationships between managers and their direct reports or any subordinates. Each participant in such a relationship must, at the outset of the relationship, bring it to the attention of their human resources manager, who will determine appropriate action, including, but not limited to, shifting the employees involved to different positions. Undisclosed relationships that violate this policy will be addressed through progressive disciplinary action, which can include termination.

To avoid actual or appearances of favoritism, no employees who are related or romantically involved shall be placed within the same direct line of supervision for their job performance or work assignments. Individuals who are related or romantically involved may work within the same organizational unit or location; however, they will not be permitted to report to each other. A "relative" is defined as a parent, foster parent, parent-in-law, child, spouse, brother/foster brother, sister/foster sister, grandparent, grandchild, son-in-law, brother-in-law, daughter-in-law, sister-in-law, or another family member who resides in the same household.

When employees create a situation that may conflict with this policy, because of marriage or other relationships, the situation will normally be resolved by means of a transfer within QXO or resignation. Employees will be allowed to select among the available transfer alternatives. If employees are unable to agree upon the offered alternative within thirty (30) days, the employee's manager and Human Resources will make the determination.

This policy shall not apply to employees who are hired to work during the summer months only. In addition, in certain circumstances, QXO's Divisional or Corporate Vice Presidents (or above) will have the authority to approve in writing any special situations that occur, or cannot be changed, due to business necessity reasons.

## Gifts or acceptance of items of value

QXO recognizes that it is customary for some of its vendors, customers and other business associates to occasionally give small gifts to those with whom they do business. It is important, however, that these gifts do not affect an employee's business judgment or give the appearance that judgment may be affected. Accordingly, QXO and its employees must be very careful when it comes to accepting gifts. Generally, employees may accept gifts from suppliers, customers or other business associates, provided the gift does not exceed $25 in value.

Employees who receive a gift at a customer-sponsored event or outing that may not be appropriate under these guidelines but is impractical or offensive to refuse may accept the gift and then promptly report it to their manager. The employee and manager can then discuss the appropriate course of action. QXO employees must never ask for gifts, gratuities or other items that benefit them personally, regardless of value. Employees are expected to exercise good judgment in accepting gifts from suppliers, customers or other business associates. Employees should talk to their manager when in doubt as to whether a gift is appropriate.

# Discipline and conduct

QXO feels strongly that its policies, guidelines and work rules should be clearly communicated and well understood. These guidelines help ensure that we work together effectively and understand what is expected at all levels within the organization. It is important for each employee to be familiar with and adhere to these standards of conduct. Drivers should reference the Driver Hiring & Performance Standards.

## Progressive discipline

The disciplinary process at QXO ensures employees have a clear understanding that their conduct and/or performance require demonstrative improvement, and without improvement, an individual's employment may be in jeopardy.

A written Disciplinary Action Form (DAF) may be issued when an employee exhibits inefficiency, lack of effort, or unsatisfactory performance, or was found in violation of a Company rule or policy. Any significant violation or intentional behavior may warrant immediate termination.

Generally, discipline is issued by a supervisor with the support of a human resources manager. After discussing the discipline with the employee, a written DAF will be placed in the employee's personnel file. Discipline actions may include the following depending on the circumstances of the employee's conduct:

- **Verbal warning:** Details of a corrective conversation with an employee may be included in an email from a supervisor to human resources manager or documented on a DAF.
- **Written warning:** A DAF may document recent and previous corrective action(s) and inform the employee that further unsatisfactory performance will result in further disciplinary action up to and including termination.
- **Final written warning:** The DAF may document previous corrective action(s) and inform the employee that any further unsatisfactory performance will result in termination.
- **Termination:** Where an employee has not improved their conduct to an acceptable level or continues to violate Company policy or work rule(s), termination may be warranted after review by a human resources manager.

QXO, in its sole discretion, may suspend and/or terminate an employee at any time. Under certain circumstances, an employee may be suspended before, during, and/or after an event is formally reported and/or while an investigation is being conducted. Suspension is generally reserved for when an investigation is required to properly assess and/or diffuse a disciplinary situation. As rules cannot be written to cover every possible occurrence, it is acceptable to ask an employee to leave the Company premises while the facts of the matter are being investigated. Employees will be compensated for time worked prior to suspension; a suspension may be paid or unpaid depending on the circumstances or applicable law.

## Conduct

Examples of inappropriate conduct that may result in disciplinary action, up to any including immediate termination, include the following:

- Engaging in workplace violence as further defined in the Violence in the Workplace policy including but not limited to:
  - Making threats of any kind, including intimidating behavior that has the effect of causing reasonable fear for one's safety,
  - Exhibiting threatening, physically aggressive, or violent behavior, such as intimidation or attempts to instill fear in others,
  - Engaging in other behavior that suggests a propensity toward violence, which can include belligerent or aggressive communications, excessive arguing or swearing, sabotage, or

threats of sabotage of Company property or a demonstrated pattern of refusal to follow Company policies and procedures,
  - Defacing Company property or another person's property on-site or causing physical damage to the facilities, and
  - Bringing weapons or firearms of any kind to Company property.
- Violating the Drug and Alcohol-Free Workplace policy (page 19)
- Violating environmental, health or safety rules
- Violating Company policies on conflicts of interest, gift acceptance and outside employment. Details are found in the Code of Business Ethics.
- Engaging in sexual, racial or other prohibited verbal harassment of a fellow employee
- Stealing Company property
- Engaging in the abuse of time, absenteeism, tardiness and/or absence without authorization
- Failing to maintain confidential information of the Company, employees, customers or clients
- Operating equipment without authorization
- Posting or distributing written or printed material in work areas without the advance approval of the Leadership*
- Falsifying any Company records, including timekeeping records, employment applications
- Violating the Driver Performance Standards
- Failing to immediately report a work-related injury or illness to a supervisor or other Leadership personnel when first practicable
- Refusal to follow a supervisor's instruction; insubordination

However, employees are not prohibited from discussing wages, benefits, and employment terms with others, including coworkers and the media, or from exercising their rights under the National Labor Relations Act to cooperate with the National Labor Relations Board, all without prior notice or approval from QXO.

Avoiding the above conduct list will help to ensure that QXO remains a safe and desirable place to work. The above list does not include all possible actions that may be unacceptable. If an employee engages in behavior considered detrimental to the interests of QXO or threatens the well-being of other employees or patrons, the Company may terminate the employee immediately.

# Problem resolution

We have an open-door policy to maintain day-to-day practices that foster mutual trust and respect. Establishing clear and open channels of communication between you and your supervisor is key to maintaining a positive and productive work environment.

QXO's recommended issue resolution process provides a common mechanism for all to voice concerns and to receive timely responses.

- **Step 1:** Discuss your concern initially with your direct supervisor. A frank and honest exchange of ideas is the best way to resolve concerns. In certain circumstances, your supervisor may document the discussion(s) for record-keeping purposes and request your signature to verify its accuracy.
- **Step 2:** If a problem is not settled to your satisfaction after discussions with your supervisor, the concern should be elevated to the next level of leadership.
- **Step 3:** If the concern is still unresolved to your satisfaction, reach out to your human resources manager.

Should any disputes remain unresolved following the above steps, they may be settled through QXO's Arbitration Agreement.

# Travel time for non-exempt employees

To learn more about tracking work time when traveling as a non-exempt employee, visit the Payroll Processing and Time Collection policy here.

# Data privacy, protecting company assets and technology usage

Company assets, which include physical assets, technology assets, financial assets, and intellectual property, must be protected from loss, theft, damage and misuse. Confidential information, such as personal data, must be securely stored and any loss or theft reported immediately

Employees may be provided with Company technology (computers, cell phones, email, Internet, etc.) for business-related activities only. All communications are property of QXO and are not private. QXO monitors technology usage and may report any illegal activities to authorities.

Employees should consult the Technology Usage Policy which includes the following requirements of correct technology usage:

- Technology should be used for business purposes only.
- Employees must not send inappropriate messages or access unauthorized websites.
- All electronic and/or voicemail communications and systems information are business records and are not private. They are property of QXO and are subject to the QXO Record Retention Policy.
- Any confidential or privileged information in an email should be safeguarded the same way as in a written document.
- Employees must maintain vigilance in protecting the Company from cyber threats such as phishing, malware, social engineering, etc. Employees must maintain safe practices while using Company technology.

- The use of the Internet to view, upload or download inappropriate websites, or images that are pornographic or sexual in nature is strictly prohibited.
- Computers logged into the network and other systems should be "locked" or "logged off" when left unattended for an extended duration to avoid unauthorized access.
- Upon resignation or termination or at any time upon request, the employee will be required to produce any company-provided devices for return or inspection or take responsibility for a replacement.

Violations of this policy may result in disciplinary action, up to and including termination. Employees who have questions regarding computer, email or Internet access should contact their supervisor, human resources manager, or IT leader for further clarification.

# Seasonal layoffs and force reduction

At times it may become necessary to reduce the size of the workforce due to business conditions. When determining which job positions will be eliminated, consideration will be given to, among other possible factors, employees' comparative performances, locations and service with QXO.

## Seasonal layoffs

The construction industry is a seasonal business in many areas of the United States and Canada. As QXO's business is tied closely to the construction industry, there may be times during the year when the weather (e.g., winter) will dictate the need for seasonal layoffs of certain employees. Employees affected by a seasonal layoff will have their compensation, Life, AD&D and disability benefits cease effective on their layoff date. However, they will:

- Remain eligible to continue their Medical/Rx, dental, vision and Health Care Flexible Spending benefits. Employees will be required to reimburse the normal premiums at the active employee rate.
- Continue with the same level benefits in effect at the time of the layoff when the employee returns from a seasonal layoff.
- Be terminated from employment if the layoff lasts longer than 120 days. If terminated, the medical, dental, vision coverage will end on the last day of the month, and COBRA continuation will be offered.

While on seasonal layoff, employees should not perform any work for the Company. As noted, laid-off employees are not guaranteed to be returned to active duty. If an employee is returned to active duty within six (6) months from the date on which their seasonal layoff began, they will retain their original date of hire and will not be treated as newly hired employees.

Employees returning to active duty from a seasonal layoff will be required to take and pass a pre-employment drug test as permitted by law. Regulated drivers removed from the random testing pool during a seasonal layoff will be required to pass a DOT-mandated pre-hire drug test.

## Non-seasonal layoffs/force reductions

There may be times when QXO has more employees than it has work for those employees, due to reasons that are not seasonal or weather-related. In such cases, QXO may need to institute a reduction in the workforce to adjust its needed headcount to match the amount of work it has or anticipates in the future. Employees who are separated for non-seasonal reasons will have their compensation ceased immediately upon termination. Their benefits will cease in accordance with the Company's plan policy. QXO does not maintain a system of recall rights for any employee whose employment is terminated as part of a workforce reduction.

# Meal & rest breaks

It is the Company's policy to comply with all laws regarding meal and rest breaks. Employees should contact their human resources manager with questions regarding meal breaks or refer to the QXO State Meal and Rest Break Guidance.

If an employee works in a state where there are no applicable meal or rest break requirements, the Company will provide break time as appropriate, subject to operational needs and supervisor discretion. This does not apply to non-exempt employees subject to federal Department of Transportation regulations.

Non-exempt employees must record the beginning and ending times of their meal breaks each day on their time records. Meal breaks lasting 30 minutes or more are not considered "hours worked" for purposes of federal law and will be unpaid for non-exempt employees. Employees must be completely relieved from work duties during any unpaid meal break.

# State-specific content

For those working in Minnesota, click here.

# Employee separations

## Resignations

QXO strives to offer a work environment where employees have the opportunity for professional growth and satisfaction. However, the Company understands circumstances leading to an employee resigning may arise. Employees are expected to provide their supervisor with at least ten (10) working days of notice or as much notice as reasonably practicable, prior to the last day worked.

## Offboarding

If an employee resigns or is terminated, they must return all Company property on or before their last day of work. Employees may not keep copies of any property capable of being duplicated. In certain circumstances, the Company may offset an employee's final compensation by any amount owed to it, in accordance with law. Employees are responsible for returning items issued to them by QXO or in their possession or control, such as the following:

- Client & customer contact lists
- Keys, badges & passcodes
- Manuals & proprietary documents
- Electronics, Tools & equipment
- Uniforms & Personal Protective Equipment
- Purchasing cards

QXO may take all action deemed appropriate to recover or protect its physical or intellectual property including confidential information and trade secrets.