# EXHIBIT
# “E”

Division of Corporations

Department of State / Division of Corporations / Search Records / Search by Street Address /

# Detail by Street Address

Florida Limited Liability Company
ELITE METALS EQUIPMENT LLC

**Filing Information**

| | |
|---|---|
| **Document Number** | L26000065182 |
| **FEI/EIN Number** | NONE |
| **Date Filed** | 01/28/2026 |
| **Effective Date** | 01/28/2026 |
| **State** | FL |
| **Status** | ACTIVE |

**Principal Address**

3355 SW 42ND AVE
PALM CITY, FL 34990

**Mailing Address**

3355 SW 42ND AVE
PALM CITY, FL 34990

**Registered Agent Name & Address**

LARA IBARRA, JESUS
4419 SW GROVE ST
PALM CITY, FL 34990

**Authorized Person(s) Detail**

**Name & Address**

Title MGR

FORERO, JULIAN
6453 NW HALIBUT ST
PORT SAINT LUCIE, FL 34986

Title MGR

LARA IBARRA, JESUS
4419 SW GROVE ST

PALM CITY, FL 34990

**Annual Reports**

**No Annual Reports Filed**

**Document Images**

01/28/2026 -- Florida Limited Liability | View image in PDF format

# Electronic Articles of Organization For Florida Limited Liability Company

L26000065182
FILED 8:00 AM
January 28, 2026
Sec. Of State
jhquick

## Article I

The name of the Limited Liability Company is:

ELITE METALS EQUIPMENT LLC

## Article II

The street address of the principal office of the Limited Liability Company is:

3355 SW 42ND AVE
PALM CITY, FL. 34990

The mailing address of the Limited Liability Company is:

3355 SW 42ND AVE
PALM CITY, FL. 34990

## Article III

The name and Florida street address of the registered agent is:

JESUS LARA IBARRA
4419 SW GROVE ST
PALM CITY, FL. 34990

Having been named as registered agent and to accept service of process for the above stated limited liability company at the place designated in this certificate, I hereby accept the appointment as registered agent and agree to act in this capacity. I further agree to comply with the provisions of all statutes relating to the proper and complete performance of my duties, and I am familiar with and accept the obligations of my position as registered agent.

Registered Agent Signature: JESUS LARA

L26000065182
FILED 8:00 AM
January 28, 2026
Sec. Of State
jhquick

## Article IV

The name and address of person(s) authorized to manage LLC:

Title: MGR
JULIAN FORERO
6453 NW HALIBUT ST
PORT SAINT LUCIE, FL. 34986

Title: MGR
JESUS LARA IBARRA
4419 SW GROVE ST
PALM CITY, FL. 34990

## Article V

The effective date for this Limited Liability Company shall be:

01/28/2026

Signature of member or an authorized representative

Electronic Signature: JULIAN FORERO

I am the member or authorized representative submitting these Articles of Organization and affirm that the facts stated herein are true. I am aware that false information submitted in a document to the Department of State constitutes a third degree felony as provided for in s.817.155, F.S. I understand the requirement to file an annual report between January 1st and May 1st in the calendar year following formation of the LLC and every year thereafter to maintain "active" status.