# EXHIBIT
# "F"

Sunbiz.org Division of Corporations



## Detail by Entity Name

Florida Limited Liability Company
ELITE METALS ROOFING SUPPLY LLC

**Filing Information**

| | |
|---|---|
| **Document Number** | L21000474743 |
| **FEI/EIN Number** | 87-3448162 |
| **Date Filed** | 11/02/2021 |
| **Effective Date** | 11/01/2021 |
| **State** | FL |
| **Status** | ACTIVE |
| **Last Event** | LC NAME CHANGE |
| **Event Date Filed** | 03/11/2024 |
| **Event Effective Date** | NONE |

**Principal Address**

3355 SW 42nd Street
Palm City, FL 34990

Changed: 02/16/2026

**Mailing Address**

3355 SW 42nd Street
Palm City, FL 34990

Changed: 02/16/2026

**Registered Agent Name & Address**

Forero, Julian
3355 SW 42nd Street
Palm City, FL 34990

Name Changed: 02/16/2026

Address Changed: 02/16/2026

**Authorized Person(s) Detail**

**Name & Address**

Title MGR

Forero, Julian
3355 SW 42nd Street
Palm City, FL 34990

**Annual Reports**

| Report Year | Filed Date |
|---|---|
| 2025 | 04/23/2025 |
| 2025 | 10/10/2025 |
| 2026 | 02/16/2026 |

**Document Images**

| | |
|---|---|
| 02/16/2026 -- ANNUAL REPORT | View image in PDF format |
| 10/10/2025 -- AMENDED ANNUAL REPORT | View image in PDF format |
| 04/23/2025 -- ANNUAL REPORT | View image in PDF format |
| 03/29/2024 -- ANNUAL REPORT | View image in PDF format |
| 03/11/2024 -- LC Name Change | View image in PDF format |
| 03/23/2023 -- ANNUAL REPORT | View image in PDF format |
| 04/09/2022 -- ANNUAL REPORT | View image in PDF format |
| 11/02/2021 -- Florida Limited Liability | View image in PDF format |

**2026 FLORIDA LIMITED LIABILITY COMPANY ANNUAL REPORT**

DOCUMENT# L21000474743

**Entity Name:** ELITE METALS ROOFING SUPPLY LLC

**Current Principal Place of Business:**

3355 SW 42ND STREET
PALM CITY, FL 34990

**Current Mailing Address:**

3355 SW 42ND STREET
PALM CITY, FL 34990 US

**FEI Number:** 87-3448162

**Certificate of Status Desired:** Yes

FILED
Feb 16, 2026
Secretary of State
1744838281CC

**Name and Address of Current Registered Agent:**

FORERO, JULIAN
3355 SW 42ND STREET
PALM CITY, FL 34990 US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE: JULIAN FORERO 02/16/2026

Electronic Signature of Registered Agent — Date

**Authorized Person(s) Detail :**

| | |
|---|---|
| Title | MGR |
| Name | FORERO, JULIAN |
| Address | 3355 SW 42ND STREET |
| City-State-Zip: | PALM CITY FL 34990 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 605, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: JULIAN FORERO MGR 02/16/2026

Electronic Signature of Signing Authorized Person(s) Detail — Date