# EXHIBIT
# “G”

BACK TO SEARCH

# Basic Info

| PIN | AIN | Situs Address | Website Updated |
|---|---|---|---|
| 14-38-40-009-008-00000-1 | 16597 | 3355 SW 42ND AVE PALM CITY FL | 2/13/26 |

## General Information

CHANGE MAILING ADDRESS

SIGN UP FOR PROPERTY FRAUD ALERT

**Property Owners**
SINTRA PROPERTY MANAGEMENT, INCORPORATED

**Mailing Address**
5035 SE FEDERAL HWY
STUART FL 34997

**Tax District**
DISTRICT FIVE MSTU

**Parcel ID**
14-38-40-009-008-00000-1

**Account Number**
16597

**Property Address**
3355 SW 42ND AVE PALM CITY FL

**Legal Description**
INTERSTATE INDUSTRIAL PARK CONDO, UNIT-P...

**Use Code/Property Class**
4804 - 4804 Warehouse Condo

**Neighborhood**
M4 M4-PALM CITY

**Legal Acres**
0.3691

**Ag Use Size (Acre\Sq Ft)**
N/A

## Current Value

| Year | Land Value | Improvement Value | Market Value | Value Not Taxed | Assessed Value | Total County Exemptions | County Taxable Value |
|---|---|---|---|---|---|---|---|
| 2025 | $ 0 | $ 1,082,000 | $ 1,082,000 | $ 0 | $ 1,082,000 | $ 0 | $ 1,082,000 |

*Market values shown on the website reflect market conditions as of January 1st, the statutory assessment date. We are prohibited by law from relying on sales that occur after the January 1 assessment date. Therefore, market values shown on the website do not reflect today's market conditions, but rather the market conditions last year. In addition, the statutes require the county Property Appraiser to deduct for typical costs of sale (which include expenses such as commissions, title insurance, appraisals, inspection fees, etc.) when arriving at market value for tax purposes. That is why the market value for tax purposes is different from what a property would sell for today.*

## Current Sale

| Sale Date | Grantor (Seller) | Doc Num |
| --- | --- | --- |
| 11/19/25 | INTERSTATE INVESTMENTS LLC | 3158078 |
| **Sale Price** | **Deed Type** | **Book & Page** |
| $ 1,750,000 | Special Warranty Deed | 3534 2406 |

## Legal Description

INTERSTATE INDUSTRIAL PARK CONDO, UNIT-PARCEL-BLDG H - - - LEGAL DESCRIPTION PER 4TH AMD TO DOC IN OR 1853/2838 (BEING 2ND OF 3 RECORDED 4TH AMD) ALSO SAME IN DEED IN OR 1853/2843. .

*The legal description is intended for general information only. The Property Appraiser assumes no responsibility for the uses or interpretations of the legal description.*

# Improvements

| PIN | AIN | Situs Address | Website Updated |
|---|---|---|---|
| 14-38-40-009-008-00000-1 | 16597 | 3355 SW 42ND AVE PALM CITY FL | 2/13/26 |

| Use Code/Property Class | Total Finished Area | Max Stories |
|---|---|---|
| 4804 - 4804 Warehouse Condo | 13,200 SF | 1 |

## Building Information (1 of 1)

| Building Type | Finished Area | Exterior Cover | Roof Cover |
|---|---|---|---|
| Condo-Industrial | 13,200 SF | N/A | N/A |
| **Year Built** | **Wall** | **Number of Units** | **Wall Height** |
| 1995 | Class C - Fire Resistant | 1 | 22 |
| **Bedrooms** | **Full Baths** | **Half Baths** | |
| N/A | 0 | 0 | |




Report a Discrepancy

## Sketched Area Legend

| Sub Area | Description | Area | Finished Area |
|---|---|---|---|
| INDFLEX | Industrial Flex Mall Bldg (453)(GCI) | 13,200 | 13,200 |

## Features/Yard Items

| Type | Qty | Size | Unit of Measure | Year Blt |
|---|---|---|---|---|

# Sales History

| PIN | AIN | Situs Address | Website Updated |
|---|---|---|---|
| 14-38-40-009-008-00000-1 | 16597 | 3355 SW 42ND AVE PALM CITY FL | 2/13/26 |

| Sale Date | Sale Price | Grantor (Seller) | Deed Type | Doc Num | Book & Page |
|---|---|---|---|---|---|
| 11/19/25 | $ 1,750,000 | INTERSTATE INVESTMENTS LLC | Special Warranty Deed | 3158078 | 3534 2406 |
| 6/13/19 | $ 1,200,000 | ESTATE & PERSONAL PROP SALES LLC | Wd Full Covenant and Warranty Deed | 2760351 | 3065 1912 |
| 6/13/19 | $ 100 | ESTATE & PERSONAL PROP SALES LLC | Quit Claim Deed | 2760350 | 3065 1909 |
| 4/28/17 | $ 100 | PALM CITY AUCTION INC | Quit Claim Deed | 2632448 | 2921 2570 |
| 12/29/03 | $ 675,000 | INTERSTATE INDUSTRIAL PARK LTD | SW | 1719072 | 1853 2843 |
| 1/1/01 | $ 0 | SELLER - see file for name | | | |

*This section is not intended to be a chain of title. Sales do not generally appear until approximately 1 to 3 weeks after the closing date. If a recent sale does not show up in this list, please allow more time for the sale record to be processed.*

# Value History

| PIN | AIN | Situs Address | Website Updated |
|---|---|---|---|
| 14-38-40-009-008-00000-1 | 16597 | 3355 SW 42ND AVE PALM CITY FL | 2/13/26 |

| Year | Land Value | Improvement Value | Market Value | Value Not Taxed | Assessed Value | County Exemptions | County Taxable Value |
|---|---|---|---|---|---|---|---|
| 2025 | $ 0 | $ 1,082,000 | $ 1,082,000 | $ 0 | $ 1,082,000 | $ 0 | $ 1,082,000 |
| 2024 | $ 0 | $ 1,056,000 | $ 1,056,000 | $ 0 | $ 1,056,000 | $ 0 | $ 1,056,000 |
| 2023 | $ 0 | $ 1,029,730 | $ 1,029,730 | $ 0 | $ 1,029,730 | $ 0 | $ 1,029,730 |
| 2022 | $ 0 | $ 1,029,730 | $ 1,029,730 | $ 0 | $ 1,029,730 | $ 0 | $ 1,029,730 |
| 2021 | $ 0 | $ 1,029,730 | $ 1,029,730 | $ 0 | $ 1,029,730 | $ 0 | $ 1,029,730 |
| 2020 | $ 0 | $ 1,029,600 | $ 1,029,600 | $ 0 | $ 1,029,600 | $ 0 | $ 1,029,600 |
| 2019 | $ 0 | $ 528,000 | $ 528,000 | $ 0 | $ 528,000 | $ 0 | $ 528,000 |
| 2018 | $ 0 | $ 528,000 | $ 528,000 | $ 0 | $ 528,000 | $ 0 | $ 528,000 |
| 2017 | $ 0 | $ 528,000 | $ 528,000 | $ 0 | $ 528,000 | $ 0 | $ 528,000 |
| 2016 | $ 0 | $ 594,000 | $ 594,000 | $ 0 | $ 594,000 | $ 0 | $ 594,000 |
| 2015 | $ 0 | $ 594,000 | $ 594,000 | $ 0 | $ 594,000 | $ 0 | $ 594,000 |

***WARNING:*** *Significant tax increases often occur when sold. The Taxable Value and Taxes, noted above, may reflect exemptions, classifications and value limitations that will be removed at the time of sale. Homestead exemptions, agricultural classifications, and assessed value limitations are NOT transferable to the new owner. Following a sale, a property's assessed value is reset to the market value & the new owner must reapply for homestead exemption & agricultural classification.*