# EXHIBIT
# "H"

# Detail by Entity Name

Florida Profit Corporation
SINTRA PROPERTY MANAGEMENT, INCORPORATED

**Filing Information**

| | |
|---|---|
| **Document Number** | P99000002478 |
| **FEI/EIN Number** | 65-0904776 |
| **Date Filed** | 01/08/1999 |
| **State** | FL |
| **Status** | ACTIVE |

**Principal Address**

5035 SE FEDERAL HWY
STUART, FL 34997

Changed: 04/22/2005

**Mailing Address**

P.O. BOX 1186
PALM CITY, FL 34991

Changed: 05/16/2012

**Registered Agent Name & Address**

FILIPE, PAUL
4016 SW MOORE STREET
PALM CITY, FL 34990

Name Changed: 02/01/2001

Address Changed: 04/17/2009

**Officer/Director Detail**

**Name & Address**

Title P

FILIPE, PAUL

P.O. BOX 1186
PALM CITY, FL 34991

Title Mgr

Filipe, Lehr
PO Box 1186
Palm City, FL 34991

**Annual Reports**

| Report Year | Filed Date |
|---|---|
| 2023 | 04/26/2023 |
| 2024 | 04/28/2024 |
| 2025 | 04/26/2025 |

**Document Images**

| | |
|---|---|
| 04/26/2025 -- ANNUAL REPORT | View image in PDF format |
| 04/28/2024 -- ANNUAL REPORT | View image in PDF format |
| 04/26/2023 -- ANNUAL REPORT | View image in PDF format |
| 04/29/2022 -- ANNUAL REPORT | View image in PDF format |
| 04/27/2021 -- ANNUAL REPORT | View image in PDF format |
| 06/29/2020 -- ANNUAL REPORT | View image in PDF format |
| 04/30/2019 -- ANNUAL REPORT | View image in PDF format |
| 04/30/2018 -- ANNUAL REPORT | View image in PDF format |
| 04/27/2017 -- ANNUAL REPORT | View image in PDF format |
| 04/20/2016 -- ANNUAL REPORT | View image in PDF format |
| 04/29/2015 -- ANNUAL REPORT | View image in PDF format |
| 04/23/2014 -- ANNUAL REPORT | View image in PDF format |
| 05/01/2013 -- ANNUAL REPORT | View image in PDF format |
| 04/04/2012 -- ANNUAL REPORT | View image in PDF format |
| 04/14/2011 -- ANNUAL REPORT | View image in PDF format |
| 03/15/2010 -- ANNUAL REPORT | View image in PDF format |
| 04/17/2009 -- ANNUAL REPORT | View image in PDF format |
| 01/22/2008 -- ANNUAL REPORT | View image in PDF format |
| 01/22/2007 -- ANNUAL REPORT | View image in PDF format |
| 03/17/2006 -- ANNUAL REPORT | View image in PDF format |
| 04/22/2005 -- ANNUAL REPORT | View image in PDF format |
| 02/25/2004 -- ANNUAL REPORT | View image in PDF format |
| 03/17/2003 -- ANNUAL REPORT | View image in PDF format |
| 07/28/2002 -- ANNUAL REPORT | View image in PDF format |
| 02/01/2001 -- ANNUAL REPORT | View image in PDF format |
| 04/11/2000 -- ANNUAL REPORT | View image in PDF format |
| 01/08/1999 -- Domestic Profit | View image in PDF format |